Beacon Sales Acquisition, Inc. v Hudson Val. Renovations, LLC (2026 NY Slip Op 01753)

Beacon Sales Acquisition, Inc. v Hudson Val. Renovations, LLC

2026 NY Slip Op 01753

Decided on March 25, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 25, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
CHERYL E. CHAMBERS
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2024-04596
 (Index No. 4787/22)

[*1]Beacon Sales Acquisition, Inc., etc., respondent,
vHudson Valley Renovations, LLC, etc., et al., appellants.

Dupee & Monroe, P.C., Goshen, NY (Jon C. Dupee, Jr., of counsel), for appellants.
The Law Firm of Elias C. Schwartz, PLLC, Great Neck, NY (Nicholas A. Tantone and Elizabeth Tobio of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, the defendants appeal from an order of the Supreme Court, Orange County (David J. Squirrell, J.), dated April 4, 2024. The order granted the plaintiff's motion for summary judgment on the complaint.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the related appeal from the judgment (see CPLR 5501[a][1]; Beacon Sales Acquisition, Inc. v Hudson Valley Renovations, LLC, ___ AD3d ___ [Appellate Division Docket No. 2024-07130; decided herewith]).
IANNACCI, J.P., CHAMBERS, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court